IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J&J SPORTS PRODUCTIONS, INC.   *

    Plaintiff   *

    vs.   *   CIVIL ACTION NO. MJG-11-1598

AVENUE TAP, INC., et al.   *

    Defendants   *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER RE: COSTS AND FEES

The Second Procedural Order provided:

1. By July 31, 2013, in the absence of an agreement as to the amount of costs (including legal fees) to be awarded, Plaintiff shall provide a statement as costs and fees sought, including supporting documentation.

2. By August 14, 2013, Defendants shall file any response thereto.

3. The Court shall, thereafter, determine the amount to be awarded and enter Judgment based upon such determination.

Plaintiff timely filed its Statement of Costs and Fees. Defendants filed no response. In the absence of a response, the Court shall award Plaintiff the full amount of costs and fees requested except for the two hours of professional time devoted to a settlement conference, a total of $3,527.20.

SO ORDERED, on Monday, August 19, 2013.

                              /s/
                        Marvin J. Garbis
                 United States District Judge