IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC. | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: |
| AVENUE TAP, INC. T/A 7 CARD PUB | * | 1:11-CV-01598-MJG |
| AND | * | |
| WILLIAM E. WALLACE | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION TO RENEW JUDGMENT

Plaintiff, by and through undersigned counsel, respectfully moves this Court, pursuant to 28 U.S.C. § 3201(c), to renew the judgment entered in this case and in support thereof states as follows:

1. Judgment was entered in favor of Plaintiff and against Defendants on August 19, 2013 in the amount of $1,000.00 with costs of $3,527.20 for a total of $4,527.20, plus post-judgment interest.

2. The judgment remains unsatisfied in whole.

3. Plaintiff seeks renewal of the judgment to preserve enforceability and to allow continued execution and collection efforts.

4. Plaintiff is filing this motion prior to judgment expiration.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order renewing the judgment entered on August 19, 2013 against Defendant in this matter for an additional 12 years, and for such other and further relief as the Court deems just and proper.

KIND AND DASHOFF

/s/ Richard M. Kind
Richard M. Kind   00189
One Church Lane
Baltimore, MD 21208
Attorney for Plaintiff
410-486-0808